**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES G. MILLER, | ) | NO. ED CV 17-2482-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SCOTT KERNAN, Secretary CDC&R, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 10, 2018.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE